UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CARLOS VILLIMAR SOLIS and ROLANDO CHACON, individually and on behalf of others similarly situated,

    Plaintiffs,

-against-

COSTAMAR EXPRESS CARGO & SHIPPING, INC. and BYRON ARCOS,

    Defendants.

Case No.: 1:21-cv-03126-PK

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, that the above-captioned action is hereby dismissed with prejudice pursuant to a settlement agreement.

~~IT IS FURTHER STIPULATED AND AGREED that the Court, the United States District Court, Eastern District of New York, shall retain jurisdiction for purposes of enforcing the parties' settlement agreement.~~

FISHER TAUBENFELD LLP

By: *Michael Taubenfeld*
Michael Taubenfeld, Esq.
225 Broadway, Suite 1700
New York, New York 10007
*Attorneys for Plaintiffs*

PERVEZ & REHMAN, P.C.

By: /s/
Aneeba Rehman, Esq.
68 South Service Road, Suite 100
Melville, NY 11747
*Attorneys for Defendants*

SO ORDERED:

*Peggy Kuo*
Hon. Peggy Kuo, U.S.M.J.